STATE OF NORTH CAROLINA v. BARBARA TILLEY

No. 7322SC379

(Filed 23 May 1973)

**Criminal Law § 155.5— failure to docket record in time**
> Appeal is dismissed where the record on appeal was docketed more than 90 days after the date of the judgment appealed from and the record contains no order of the trial tribunal extending the time for docketing. Court of Appeals Rules 5 and 48.

APPEAL by defendant from *Long, Judge,* October 1972 Session of Superior Court held in IREDELL County.

Defendant was convicted of willfully and unlawfully obstructing a public officer while he was attempting to discharge a duty of his office, a violation of G.S. 14-223. From judgment that defendant pay the cost of the action, defendant gave notice of appeal.

*Attorney General Robert Morgan by Assistant Attorney General Edward L. Eatman, Jr. for the State.*

*Gene H. Kendall for defendant appellant.*

PARKER, Judge.

The judgment appealed from was dated 26 October 1972. The record on appeal was docketed in this Court on 22 March

1973, which was more than ninety days after the date of the judgment appealed from. The record contains no order of the trial tribunal extending the time for docketing. For failure of appellant to docket the record within apt time as prescribed by the rules of this Court, this appeal is subject to dismissal. Rules 5 and 48, Rules of Practice in the Court of Appeals. *James v. Greenway, Inc.,* 17 N.C. App. 156, 193 S.E. 2d 372; *Lambert v. Patterson,* 17 N.C. App. 148, 193 S.E. 2d 380; *State v. Squires,* 1 N.C. App. 199, 160 S.E. 2d 550.

Appeal dismissed.

Judges CAMPBELL and VAUGHN occur.